# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| H-E-B, LP, | § | |
|     *Plaintiff,* | § | |
| | § | 6-20-CV-00081-ADA |
| v. | § | |
| | § | |
| WADLEY HOLDINGS, LLC, | § | |
| SOUTHERN SALES & MARKETING | § | |
| GROUP, INC., HOME DEPOT U.S.A., | § | |
| INC., HOME DEPOT PRODUCT | | |
| AUTHORITY, LLC, | | |
|     *Defendants.* | | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by Zoom on Tuesday, April 20, 2021 at 3:30PM. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 20th day of April, 2021.


SIGNED this 20th day of April, 2021.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE