**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| H-E-B, LP, | |
|       Plaintiff, | |
| v. | Case No. 6:20-CV-00081-ADA |
| WADLEY HOLDINGS, LLC; SOUTHERN SALES & MARKETING GROUP, INC.; NINGBO KUER PLASTIC TECHNOLOGY CO., LTD.; NINGBO KUER KAYAK CO., LTD.; NINGBO KUER OUTDOOR PRODUCTS CO., LTD.; HOME DEPOT U.S.A., INC.; and HOME DEPOT PRODUCT AUTHORITY, LLC, | JURY TRIAL DEMANDED |
|       Defendants. | |

## JOINT MOTION TO UNSEAL OMNIBUS ORDER

On September 30, 2021, the Court held a hearing on multiple motions from the parties. Although those motion papers had been sealed due to business information designated confidential under the Protective Order, the Court's resulting Omnibus Order on the motions (Docket No. 205) did not reference or otherwise divulge any of the parties' proprietary information.  Knowing the Court's preference for matters being unsealed and available to the public whenever possible, the parties hereby jointly move the Court to unseal the Omnibus Order.

Dated:  October 5, 2021

Respectfully submitted,

*/s/ Joseph P. Reid*
Thomas N. Millikan, Texas Bar No. 24105276
TMillikan@perkinscoie.com
Joseph P. Reid (*Pro Hac Vice*)
JReid@perkinscoie.com
Kyle R. Canavera (*Pro Hac Vice*)
KCanavera@perkinscoie.com
Abigail A. Gardner
Admitted to Western District of TX 5/4/21
AGardner@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California 92130
Telephone:  858.720.5700
Facsimile:  858.720.5799

Skyler M. Howton, Texas Bar No. 24077907
SHowton@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75229
Telephone: 214.259.4951
Facsimile: 214.965.7799

*Attorneys for Plaintiff H-E-B, LP*

*/s/ Jerry R. Selinger*
Jerry R. Selinger
Texas State Bar No. 18008250
1700 Pacific Avenue, Suite 2650
Dallas, TX 75201 Telephone: 214-272-0957
Facsimile: 713-623-4846
jselinger@pattersonsheridan.com

Abelino Reyna
Texas State Bar No. 24000087
900 Washington Ave., Suite 503
Waco, TX 76701
Telephone:  254-777-5248
Facsimile:   877-777-8071
areyna@pattersonsheridan.com

John A. Yates
Texas Bar No. 24056569
Aaron D. Perkins
Texas State Bar No. 24048967
Edgar A. Gonzalez
Texas Bar No. 24092431
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
Telephone:  713-623-4844
Facsimile:  713-623-4846
jyates@pattersonsheridan.com
aperkins@pattersonsheridan.com
egonzalez@pattersonsheridan.com

*Attorneys for Defendants Home Depot U.S.A.,
Inc. and Home Depot Product Authority, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served by email on October 5, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b).

*/s/ Joseph P. Reid*
Joseph P. Reid